United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN HOMES 4 RENT PROPERTIES ONE, LLC, A DELAWARE LIMITED LIABILITY COMPANY,<br><br>        Plaintiff,<br><br>   v.<br><br>LYSSETTE M. REYES, et al.,<br><br>        Defendants. | Case No. 13-02694-JCS<br><br>**ORDER TO SHOW CAUSE RE REMOVAL** |

On June 12, 2013, Defendant Lyssette M. Reyes ("Defendant") removed the underlying action from the Superior Court of California, County of Contra Costa to the United States District Court, Northern California.[1]

IT IS HEREBY ORDERED that Defendant appear on July 12, 2013, at 9:30 a.m., in Courtroom G, 450 Golden Gate Ave., 15th Floor, San Franscisco, CA, and show cause why this case should not be remanded back to the Superior Court of California, County of Contra Costa for lack of federal jurisdiction. Any memorandum in support or opposition shall be filed by July 5, 2013.

IT IS SO ORDERED.

Dated: June 17, 2013

_____
Joseph C. Spero
United States Magistrate Judge

---

[1] Francisco Reyes and Olivia Fernandez, also named as defendants in the Complaint, did not join in the removal.